UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KENDALL A. EMMOTT,

    Plaintiff,

vs.

TRICAM INDUSTRIES, INC., *et al.*,

    Defendants.

Case No. 3:21-cv-305

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have resolved this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within thirty (30) days, reopen the action if resolution is not finalized.

**IT IS SO ORDERED.**

September 22, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge